UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| KUIU, Inc., | ) Case No.: 2:16-CV-02194-JAM-DB |
| Plaintiff, | ) |
| vs. | ) **ORDER ON DEFENDANT EASTMANS'** |
| | ) **PUBLISHING INC.'S MOTION TO** |
| EASTMANS' PUBLISHING INC., | ) **TRANSFER VENUE AND MOTION TO** |
| | ) **STAY PROCEEDINGS** |
| Defendant. | ) |

On December 13, 2016, this matter came on regularly for hearing in front of the Honorable John A. Mendez, District Court Judge for the United States District Court for the Eastern District of California. Stephanie L. Quinn of Murphy, Campbell, Alliston & Quinn appeared on behalf of Plaintiff Kuiu, Inc. Richard W. Casey of Crowley Fleck, PLLP appeared on behalf of Eastmans' Publishing, Inc.

Having reviewed the memoranda and having considered the arguments of each party, the Court finds that transfer pursuant to 28 U.S.C. Section 1404 is appropriate. In considering the factors of convenience and fairness, this Court finds that court congestion and the length of time to trial in the Eastern District of California compared to the District of Wyoming weighs in favor of the case being transferred to the District of Wyoming, the same district where the matter of *Eastmans' Publishing Inc., v. KUIU, Inc*., Civil Action No. 16-CF-239-S, is pending and a district where this matter could have been originally brought.

Therefore, IT IS HEREBY ORDERED that this matter is transferred to the District of Wyoming and that the Motion to Stay Proceedings is hereby found to be moot. All other deadlines, hearing and motions in this matter are terminated.

DATED: December 22, 2016

**/s/ JOHN A. MENDEZ**
JOHN A. MENDEZ
United States District Judge

Approved as to Form:

/s/ Richard W. Casey
Richard W. Casey

/s/STEPHANIE L. QUINN
Stephanie L. Quinn